UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAN THOMAS ] | |
|     Plaintiff, ] | |
| ] | GENERAL DOCKET |
| v. ] | No. 1:10-mc-0014 |
| ] | JUDGE HAYNES |
| PATSY HADDOX, et al. ] | |
|     Defendants. ] | |

## O R D E R

The Court has before it a *pro se* civil complaint (Docket Entry No. 1) under 42 U.S.C. § 1983. The Plaintiff has neglected, however, to sign the complaint. In addition, he has failed to either pay the fee required for the filing of the complaint ($350) or submit a properly completed application to proceed *in forma pauperis*.

Accordingly, the Clerk shall retain a copy of the complaint for the case file and return the original complaint to the Plaintiff. The Plaintiff is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to sign the complaint and send it back to the Clerk's Office, along with either the requisite filing fee or a properly completed and signed application to proceed *in forma pauperis*. For the Plaintiff's convenience, the Clerk will send him a blank application to proceed *in forma pauperis*.

Plaintiff is forewarned that, should he fail to comply with

these instructions within the specified period of time, the complaint will be filed and this action will be dismissed for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so **ORDERED**.

**ENTERED** this the 8th day of September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge